FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-00309-CKK

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney General

was received by me on *(date)* 03/03/2015 .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*: I mailed the summons and complaint via certified mail (tracking no. 7010 3090 0001 3141 3984) to 950 Pennsylvania Avenue NW, Washington, DC 20530 on March 4, 2015. The attached printout confirms that the package was received on March 10, 2015.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2015

*Server's signature*

Jared Goodman

*Printed name and title*

PETA Foundation
1536 16th Street, NW
Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking™

**Customer Service ›**
**Have questions? We're here to help.**

**Tracking Number:** **70103090000131413984**

**Updated Delivery Day:** **Tuesday, March 10, 2015**

## Product & Tracking Information

**Postal Product:**

**Extra Svc:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 10, 2015 , 5:08 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 5:08 am on March 10, 2015 in WASHINGTON, DC 20530. | | |
| March 9, 2015 , 1:10 pm | Available for Pickup | WASHINGTON, DC 20530 |
| March 9, 2015 , 10:26 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 5, 2015 , 6:34 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| March 4, 2015 , 11:40 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

**Tracking (or receipt) number**

Track It



Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number