FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-00309-CKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office
was received by me on *(date)* 03/03/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed the summons and complaint via certified mail (tracking no. 7010 3090 0001 3141 3960) to 550 4th Street, NW, Washington, DC 20530 on March 4, 2015. The attached printout confirms that the package was received on March 10, 2015.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2015

*Server's signature*

Jared Goodman
*Printed name and title*

PETA Foundation
1536 16th Street, NW
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

English        Customer Service        USPS Mobile                                                                Register / Sign In



## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70103090000131413960

**Updated Delivery Day:** Tuesday, March 10, 2015

### Product & Tracking Information

Postal Product:                    Extra Svc:
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 10, 2015 , 5:08 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:08 am on March 10, 2015 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| March 9, 2015 , 1:10 pm | Available for Pickup | WASHINGTON, DC 20530 |
| March 9, 2015 , 10:26 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 5, 2015 , 6:34 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| March 4, 2015 , 11:40 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

### Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

### Track Another Package

**Tracking (or receipt) number**

[                                           ]   Track It

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number