FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-00309-CKK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Health and Human Services was received by me on *(date)* 03/03/2015 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I mailed the summons and complaint via certified mail (tracking no. 7010 3090 0001 3141 3601) to 200 Independence Avenue SW, Washington, DC 20001 on March 4, 2015. The attached printout confirms that the package was received on March 9, 2015.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2015

*Server's signature*

Jared Goodman

*Printed name and title*

PETA Foundation
1536 16th Street, NW
Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

USPS.COM

# USPS Tracking™






**Tracking Number:** **70103090000131413601**

**Updated Delivery Day:** **Tuesday, March 10, 2015**

## Product & Tracking Information

**Postal Product:**

**Extra Svc:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 9, 2015 , 11:38 am** | **Delivered** | **WASHINGTON, DC 20201** |
| Your item was delivered at 11:38 am on March 9, 2015 in WASHINGTON, DC 20201. | | |
| March 9, 2015 , 9:24 am | Out for Delivery | WASHINGTON, DC 20018 |
| March 9, 2015 , 9:14 am | Sorting Complete | WASHINGTON, DC 20018 |
| March 9, 2015 , 9:02 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 5, 2015 , 6:34 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| March 4, 2015 , 11:40 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

**Tracking (or receipt) number**

Track It

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number